# EXHIBIT C

Gmail

Adam Kopchian <adamkopchian@gmail.com>

---

**Reschedule interview: Yang, Linqi A 209 469 134**

1 message

---

**Adam Kopchian** <adamkopchian@gmail.com> Thu, Apr 9, 2026 at 11:48 AM
To: NewYork Asylum <newyork.asylum@uscis.dhs.gov>

Dear Sir or Madam,

We received a "Failure to Appear Warning" notice for Mr. Linqi Yang, dated 4/1/2026.

We emailed a request to adjourn on March 17, 2026. (See attachment)

Kindly schedule an interview for him in the near future.

Thank you for your attention to this matter.

Respectfully,

--

Adam S. Kopchian, Esq.
299 Broadway, Suite 203
New York, NY 10007
Tel: 212-625-1001
Fax: 212-625-1202

---

**2 attachments**

**Yang, Linqi letter for adjourment.pdf**
33K

**Yang, Linqi Notice of failure to appear warning.pdf**
236K

Department of Homeland Security
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| | | |
|---|---|---|
| **Receipt Number** ZNY1600269070 | | **Case Type** I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| **Received Date** 11/21/2016 | **Priority Date** | **Applicant** A209 469 134 YANG, LINGQI |
| **Notice Date** 02/14/2026 | **Page** 1 of 2 | |

LINGQI YANG
155-02 59TH AVE
FLUSHING NY 11355

**Please come to:**

1065 Stewart Avenue, Suite 200
Bethpage, NY 11714

**On (Date):** Tuesday, March 31, 2026
**At (Time):** 10:00AM

You and your dependent family members (if any) on your Form I-589, Application for Asylum and for Withholding of Removal, are scheduled for an asylum interview on the date and time shown above. Please read this interview notice in its entirety, as it contains important information about your asylum interview.

**WARNING:** Unless USCIS excuses you, failure to appear at this asylum interview appointment will result in an applicant-caused delay that will impact your eligibility for employment authorization based on your pending asylum application. If you fail to appear at this appointment as scheduled, USCIS may also: (1) dismiss your asylum application, if you are in lawful immigration status or in a valid period of parole; or (2) refer your application to an immigration judge, if you are not in lawful immigration status or in a valid period of parole.

***I. Who should come with you to your interview?***

Only the following people may come with you to your interview:

- ***Dependents:*** All family members included in your asylum application as dependents must come to your interview.
- ***Interpreter:*** If you are not fluent in English, you must bring an interpreter to your interview. Your interpreter must:
  - Be at least 18 years old;
  - Not be your attorney or accredited representative, or witness;
  - Not be a representative or employee of your country of nationality, or, if stateless, your country of last habitual residence; and
  - Not have a pending asylum application for which he or she has not been interviewed.
  - If you need an interpreter and do not bring one, or if your interpreter is not competent, we will consider this a failure to appear for your interview without good cause and we will dismiss your asylum application or refer your asylum application to an immigration judge.
- ***Attorney or Accredited Representative:*** Your attorney or accredited representative may come with you to the interview. USCIS asylum offices permit attorneys and accredited representatives to participate in the interview remotely via telephone. For your attorney or accredited representative to participate remotely, your attorney or accredited representative must receive consent from you. Complete the REMOTE ATTORNEY OR REPRESENTATIVE PARTICIPATION IN AN AFFIRMATIVE ASYLUM AND/OR NACARA 203 INTERVIEW election form and submit this completed and signed form to the local asylum office at least ten (10) days prior to your scheduled interview. Please visit the Preparing for Your Asylum Interview page of the USCIS website at http://www.uscis.gov/humanitarian/refugees-and-asylum/asylum/preparing-for-your-affirmative-asylum-interview for more information including a link to the election form. Your attorney or accredited representative may also contact the local asylum office directly for this election form. If your attorney or accredited representative requests to modify his or her election of remote participation to in-person participation fewer than 10 days prior to the interview, the asylum interview may be rescheduled. Any rescheduled interview caused by this modification will result in an applicant-caused delay for purposes of employment authorization.
- ***Witnesses:*** If you have a witness who will provide testimony in your case, that individual may come with you to your interview. However, we encourage your witness to provide sworn written testimony before your interview and not attend the interview. You may provide this written testimony to USCIS as additional evidence following the guidelines described in **Section III** below.
- ***Minor Applicants:*** If you are a minor applying for asylum by yourself, a trusted adult may come with you.

***II. What to Bring to Your Interview:***

- If available, bring a written form of identification for you and each of your dependent family members (if any) listed as a dependent on your Form I-589 indicating name, date of birth, place of birth, and nationality.
- If available, bring the original and one copy of documentary evidence of your relationship to your family members (if any) listed as dependents on your Form I-589 (such as marriage certificates, birth certificates, or affidavits).

Please see the additional information on the back. You will be notified separately about any other cases you filed.

**USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.**

New York Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714

**USCIS Contact Center:** www.uscis.gov/contactcenter