# EXHIBIT D

# Albert Lefkowitz Obituary - Forest Hills, NY

**dignitymemorial.com**/obituaries/forest-hills-ny/albert-lefkowitz-11514663

Albert Lefkowitz



OBITUARY

## Albert Lefkowitz

September 19, 1942 – October 27, 2023

Albert Lefkowitz, age 81, of Queens, New York passed away on Friday, October 27, 2023.

Fond memories and expressions of sympathy may be shared at www.SinaiChapels.com for the Lefkowitz family.

### Services

No services are scheduled at this time. Receive a notification when services are updated.

GET REMINDERS