# EXHIBIT E

Department of Homeland Security
U.S. Citizenship and Immigration Services

Form I-797C, Notice of Action

THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.

| Receipt Number | | Case Type |
|---|---|---|
| ZNY1600089070 | | I589 - APPLICATION FOR ASYLUM AND FOR WITHHOLDING OF REMOVAL |
| Received Date<br>11/21/2016 | Priority Date | Applicant A209 469 134<br>YANG, LINGQI |
| Notice Date<br>02/03/2026 | Page<br>1 of 1 | |

LINGQI YANG
155-02 59TH AVE
FLUSHING NY 11355

Please come to:

1065 Stewart Avenue, Suite 200
Bethpage, NY 11714

On (Date): Tuesday, August 18, 2026
At (Time): 07:30AM

*** INTERVIEW RESCHEDULE NOTICE ***

As shown above, at your request we have rescheduled the asylum interview for you (and any family members included as dependents on your Form I-589, Application for Asylum and for Withholding of Removal). Your request to reschedule your asylum interview results in an applicant-caused delay for purposes of employment authorization based on your pending Form I-589. To RESOLVE this applicant-caused delay, you must appear for your rescheduled asylum interview. You may file a Form I-765, Application for Employment Authorization, based your pending asylum application 150 days after you filed your asylum application. You are not eligible to receive an Employment Authorization Document (EAD) until your asylum application has been pending for at least another 30 days, for a total of 180 days. 8 CFR 208.7(a)(1). The 150-day waiting period and the 180-day eligibility period, commonly referred to as the 180-Day Asylum EAD Clock, do not include delays that you request or cause while your asylum application is pending with an asylum office or with the Immigration Court. 8 CFR 208.7(a)(2).

If you fail to appear for this rescheduled asylum interview without good cause, or fail without good cause to provide a competent interpreter if you are required to do so, we may refer your Form I-589 to an immigration judge, and you will be ineligible for employment authorization based on your pending Form I-589. For additional information regarding establishing good cause, please review uscis.gov/humanitarian/refugees-and-asylum/asylum/establishing-good-cause-or-exceptional-circumstances.

Please see the additional information on the back. You will be notified separately about any other cases you filed.

USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

New York Asylum Office
U.S. CITIZENSHIP & IMMIGRATION SVC
1065 Stewart Avenue, Suite 200
Bethpage NY 11714

USCIS Contact Center: www.uscis.gov/contactcenter