# EXHIBIT F

# Xu Z. Chen, Psychiatrist, PLLC

6304 5th Avenue, 1 Floor
Brooklyn, NY 11220
Phone:718.576.3610
Fax: 718.576.3391

837 58th Street, 3rd Floor
Brooklyn, NY 11220
Phone: 718.686.1533
Fax: 718.686.8121

131-07 40th Road, 5th Floor, Ste. E25
Flushing NY 11354
Phone: 718.661.3000
Fax: 718.661.3200

August 18, 2026

RE: Support Letter Regarding Mr. Ling Qi Yang's Role in the Care and Emotional Well-Being of His Children

To Judge,

This letter is written to provide clinical support regarding the important role of Mr. Ling Qi Yang (Date of Birth: [redacted]1990) in the caregiving, emotional support, and overall well-being of his children, including G[redacted] Z[redacted] age 12, C[redacted] Y[redacted] age 7 and J[redacted] Y[redacted] age 6.

G[redacted] Z[redacted] and her younger brother, J[redacted] Y[redacted] have been receiving psychotherapy services at our outpatient mental health clinic since March 18, 2024, under the care of psychotherapist Bella Du. In addition to individual psychotherapy sessions for the children, family sessions involving their parents, Mr. Yang and Ms. Li, have also been conducted with the goal of strengthening healthy family interactions, improving communication, and supporting the children's emotional development.

It is important to strongly emphasize that G[redacted] has been diagnosed with ADHD and has experienced ongoing learning difficulties, for which she has been receiving long-term treatment and support through our clinic. G[redacted]s condition requires consistent structure, emotional support, routine, and active parental involvement. Children with ADHD and learning challenges are often more vulnerable to emotional disruption, changes in routine, and instability in their caregiving environment. For G[redacted] Mr. Yang's presence and support are especially important in helping her maintain emotional stability, follow routines, manage stress, and continue making progress in treatment and daily functioning.

Throughout the course of treatment, Mr. Yang has demonstrated that he is a meaningful and important presence in his children's lives. His participation in family sessions has positively supported the therapeutic process and has helped improve communication, emotional connection, and the parent-child bond. Both G[redacted] and J[redacted] have expressed feeling safe and comfortable with their parents, and Mr. Yang's presence has been an important source of emotional security, comfort, routine, and stability.

As children, especially young children and children with special emotional or learning needs, depend heavily on consistent parental care, any sudden separation from a primary caregiver can have a serious emotional impact. Mr. Yang's recent arrest and sudden removal from the children's daily life may place the children at significant risk for emotional distress and psychological trauma. This concern is particularly serious for G[redacted] due to her ADHD diagnosis and learning difficulties. Such an unexpected disruption may lead to increased anxiety, fear, confusion, sadness, sleep disturbance, behavioral regression, difficulty concentrating, worsening academic difficulties, and worsening emotional regulation.

For children who are already receiving mental health treatment, the sudden loss or absence of a trusted caregiver can interfere with therapeutic progress and may intensify existing emotional, behavioral, and learning challenges. G[redacted] and J[redacted] have been working on self-expression, communication skills, emotional regulation, self-esteem, and stress coping. These goals require a stable and supportive caregiving environment. Mr. Yang's continued involvement is an important protective factor in helping the children maintain emotional stability and continue progressing in treatment.

Mr. Yang also has another daughter, C[redacted] who may similarly be affected by the sudden disruption of her father's presence and support. A father's emotional availability, caregiving, and consistent involvement are important to a child's sense of safety, attachment, and overall development. Prolonged separation may create significant distress and uncertainty for all of his children.

From a clinical perspective, the impact of sudden parental arrest or separation can be traumatic for children, particularly when they do not fully understand the circumstances or when they experience the absence as abandonment, loss, or threat to family safety. Maintaining contact, connection, and involvement with Mr. Yang, whenever possible, would be important in reducing emotional harm and supporting the children's continued well-being.

Based on our clinical involvement with the family, Mr. Yang has served as an important caregiver and emotional support for his children. His presence contributes to their sense of safety, stability, and family connection. This is especially important for G[redacted] whose ADHD and learning difficulties make consistency, routine, and parental support essential to her continued treatment progress and overall functioning.

We respectfully request that Mr. Yang's role as a father and caregiver, as well as the potential emotional and psychological harm to his children caused by sudden separation, be carefully considered.

Should you require any additional information, please feel free to contact our office.

Sincerely,

Wales Khoo

Wales Khoo M.A., LMHC
Clinical Director
Xu Z Chen Psychiatrist PLLC
6304 5th Ave
Brooklyn NY 11220
(718)576-3610

**Xu Z Chen Psychiatrist PLLC**
6304 5th Avenue, 1st FL
Brooklyn, NY 11220
Tel: (718) 576-3610