# EXHIBIT G

* Li, Jin is listed as Plaintiff. However she is writing an affidavit in support of the petition for a writ of habeas on Mr. Yang's behalf.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JIN LI**<br>Plaintiff,<br><br>-Against-<br><br>**KENNETH GENALO,** Director of New York Immigration and Customs Enforcement [hereinafter 'ICE']<br><br>**MARKWAYNE MULLIN**, Secretary of Homeland Security; AND<br><br>**TODD BLANCHE,** Attorney General of the United States<br>Defendants | Case No.:<br><br>**PETITION FOR WRIT OF HABEAS CORPUS** |

PLAINTIFF'S AFFIDAVIT IN SUPPORT

I, Jin Li, after being duly sworn and cautioned upon my oath, hereby swear and affirm the following:

1. Although in English, the contents of my affidavit have been orally translated to me from English into Mandarin, my native language. By my signature below, I hereby certify that I understood the interpreter as well as the contents of my affidavit. They are true and correct to the best of my knowledge and ability. As to information upon information and belief, I believe them to be true at the time I am making them.
2. My full legal name is Jin Li. I have not been known by any other name or alias.
3. I am the plaintiff in this action for habeas corpus relating to my boyfriend, Mr. Lingqi Yang. I am the closest person to him in the United States other than his minor children.

4. Mr. Yang was scheduled to attend an asylum interview at the Bethpage Asylum Office on August 18th, 2026 at 7:30am. **Exhibit 1**. His law office prepared an evidence submission packet he took with him for purposes of the interview.

5. When Mr. Yang went in for his interview, he was detained by Immigration and Customs Enforcement Officials over there.

6. When Mr. Yang entered the United States on January 6th, 2016 by riding in a boat from Canada, he was not stopped by US Immigration Officials. He affirmatively filed an asylum application with USCIS on November 21st, 2016.

7. While waiting to be scheduled for his asylum interview, Mr. Yang and I began dating on August 1st, 2017. When we started dating, I already had my first daughter, G[redacted]Z[redacted] Our relationship was going well, so we found a new house together and moved in on April 1st, 2018.

8. We had two children together. Our first child was born on [redacted], 2019. Her name is C[redacted] Y[redacted]. Our second child was born on [redacted] 2019. His name is J[redacted] Y[redacted]

9. Although Mr. Yang and I had issues with ACS in the past starting in 2023, he and I have been making progress according to the family court judge. As a result, J[redacted] and G[redacted] resumed living with us. Furthermore, instead of supervised visits with C[redacted], the Court had recently awarded unsupervised overnight hotel visits between Mr. Yang and C[redacted]

10. Mr. Yang's presence at home is extremely important to my child, G[redacted]Z[redacted]. G[redacted] came to the United States at 3 years old and does not have a relationship with her biological father. She only knows Mr. Yang and considers him to be her father.

11. G[redacted] also suffers from ADHD. Mr. Yang provides G[redacted] with emotional security, comfort, routine, and stability. Starting in 2024, my boyfriend and I worked for Amazon delivery. Although I made some money, he is our primary source of financial support.

12. I worry what his absence from G[redacted] and J[redacted]'s life will do to their emotional and psychological well being. They may not understand why he is no longer home and may experience increased anxiety or become emotionally dysregulated. My daughter started crying uncontrollably when we received news that he was being detained by Immigration Officials.

13. I worry that if I do not act quickly they will transfer my boyfriend immediately to a detention center in Georgia, Louisiana, or Texas even though he had a pending asylum application. To my knowledge, my boyfriend complied with all the requirements expected of an asylum applicant. He filed an application, took fingerprints, paid his taxes regularly, and appeared at his last interview as directed.

Date: 08/18/2026 Jin Li

Sworn to before me this 18th day of August, 2026.

Matthew E Webb

Notary Public

Commonwealth of Pennsylvania - Notary Seal
Matthew E Webb, Notary Public
Beaver County
My commission expires April 9, 2030
Commission Number 1298553

Notarized remotely online using communication technology via Proof.