AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

Lingqi Yang

*Plaintiff(s)*

v.

Kenneth Genalo, Director of New York Immigration and Customs Enforcement; Markwayne Mullen, Secretary of Homeland Security; Todd Blanche, Attorney General of the United States.

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* See Rider

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Adam S. Kopchian, Esq.
Kopchian Law
299 Broadway Suite 203
New York, NY 10007
D: 917.806.7829
kopchianlaw@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

BRENNA B. MAHONEY
*CLERK OF COURT*

Date: ____________

____________
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

Kenneth Genalo
Director of New York Immigration and Customs Enforcement [hereinafter 'ICE;']
%: US Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th St. SW Mail Stop 5900
Washington DC 20536-5900

Markwayne Mullen
Secretary of Homeland Security
%: Office of the General Counsel
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485
Washington DC 20528-0485

Todd Blanche
Attorney General of the United States
c/o: US Attorney General's Office
Brooklyn Regional Office 271-A Cadman Plaza East
Brooklyn, NY 11201