UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINGQI YANG<br><br>*Petitioner,*<br><br>v.<br><br>KENNETH GENALO, *et al.*,<br><br>*Respondents.* | Civil Action No.<br>26-CV-5054 (Bulsara, J.)<br><br>**DECLARATION OF**<br>**WILLIAM J. KENNEDY III** |

Pursuant to 28 U.S.C. § 1746, I, William J. Kennedy III, declare under penalty of perjury that the following is true and correct:

1. I am a Deportation Officer ("DO") at U.S. Immigration and Customs Enforcement ("ICE") within the U.S. Department of Homeland Security ("DHS"). I have served as a DO since August 2019. As a DO, I identify, investigate, and arrest aliens who are inadmissible or removable from the United States. I am familiar with procedures relating to the processing, removal, detention, and parole of aliens.

2. As a DO, I have access to ICE/DHS immigration databases and records regarding Petitioner Lingqi Yang ("Petitioner"), assigned Alien Number 209-469-134, maintained in the ordinary course of business as a regular practice and prepared at or near the time by, or from information transmitted by, someone with knowledge. The following representations are based on my review of Petitioner's DHS and ICE records, consultation with my colleagues, and my personal knowledge.

3. Petitioner is a native and citizen of China.

4. On an undetermined date, Petitioner entered the United States unlawfully at an undetermined location.

5. On November 21, 2016, Petitioner filed an asylum application with U.S. Citizenship and Immigration Services ("USCIS"). That application is still pending.

6. On June 30, 2024, Petitioner was arrested by the Washington Police Department in Tazewell County, Illinois, for Burglary, in violation of 720 Illinois Compiled Statutes ("ILCS") § 5/19-1(a). A true and correct copy of Petitioner's RAP sheet is attached hereto as Ex. A.

7. On July 18, 2024, Petitioner was charged with Attempt, in violation of 720 ILCS § 5/8-4(a), in connection with the June 30, 2024, arrest. See Ex. A. The disposition of this charge is unknown.

8. On August 18, 2026, Petitioner was scheduled to appear for an asylum interview at the USCIS Asylum Office, at 1065 Stewart Avenue in Bethpage, New York.

9. On August 18, 2026, at approximately 9:38:39 a.m., ICE issued a Form I-200, Warrant for Arrest of Alien, for Petitioner ("I-200"). A true and correct copy of the I-200 is attached hereto as Ex. B.

10. On August 18, 2026, at approximately 9:39:54 a.m., ICE issued a Form I-862, Notice to Appear, for Petitioner ("NTA"), charging him as inadmissible under INA § 212(a)(6)(A)(i), 8 U.S.C. § 1182(a)(6)(A)(i), as "an alien present in the United States without being admitted or paroled, or who arrived in the United States at any time or place other than as designated by the Attorney General." A true and correct copy of the NTA is attached hereto as Ex. C. The NTA directed Petitioner to appear before an immigration judge ("IJ") in New York, New York, on August 31, 2026. Later on the same date, ICE filed the NTA with the Executive Office for Immigration Review ("EOIR"), thereby commencing removal proceedings against Petitioner.

11. On August 18, 2026, at approximately 10:15 a.m. and after the conclusion of Petitioner's asylum interview, ICE Enforcement and Removal Operations ("ERO") officers,

wearing visible ICE badges that said "ICE," encountered Petitioner at the USCIS Asylum Office in Bethpage, New York, and identified themselves as ICE officers. ICE officers asked Petitioner for identification. Petitioner provided a Chinese passport bearing his photograph, name, and date of birth. ICE officers positively identified Petitioner and informed him of the I-200. ICE officers then placed Petitioner under arrest pursuant to the I-200. ICE officers then transported Petitioner to the Nassau County ICE Intake Office, at 100 Carman Avenue in East Meadow, New York, for processing.

12. During processing, ICE determined that Petitioner was subject to discretionary detention under INA § 236(a), 8 U.S.C. § 1226(a), and provided Petitioner with an individualized initial custody determination under INA § 236(a), 8 U.S.C. § 1226(a). After considering relevant factors, ICE concluded that Petitioner had not established that he did not pose a danger to persons or property and that Petitioner would remain detained pursuant to 8 U.S.C. § 1226(a). Upon completion of the individualized custody determination, ICE completed a Form I-286, Notice of Custody Determination ("I-286") and provided Petitioner with notice of that determination on the same date. A true and correct copy of the I-286 is attached hereto as Ex. D. The I-286 also included a notice that Petitioner may request a review of his custody determination by an immigration judge. Petitioner refused to sign an acknowledgement of that notification, but he indicated that he would like to request that an immigration judge review of his custody determination. Petitioner was detained, and continues to be detained, pursuant to INA § 236(a), 8 U.S.C. § 1226(a).

13. After processing, Petitioner was transferred to the Nassau County Correctional Center in East Meadow, New York, where he currently remains detained.

14. On August 19, 2026, EOIR issued a hearing notice, scheduling Petitioner for an initial master calendar hearing before an IJ on August 25, 2026. Petitioner is also scheduled to have a bond hearing before an IJ on August 25, 2026 at 10:30 a.m.

15. Petitioner is being detained pursuant to 8 U.S.C. § 1226(a).

Executed at New York, New York
this 20th Day of August, 2026.

WILLIAM J KENNEDY Digitally signed by WILLIAM J KENNEDY
Date: 2026.08.20 15:28:14 -04'00'

William J. Kennedy III
Deportation Officer
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security