********************** CRIMINAL HISTORY RECORD**********************

Data As Of 2026-08-18

Triple I Status Multi-state

*************************** Introduction ***************************

This rap sheet was produced in response to the following request :

FBI Number [redacted]
State Id Number 48353081 (IL)
Purpose Code C
Attention [redacted]

The information in this rap sheet is subject to the following caveats :

STATE USE ONLY

WARNING: RELEASE OF THIS INFORMATION TO UNAUTHORIZED INDIVIDUALS OR AGENCIES OR MISUSE IS PROHIBITED BY FEDERAL LAW

TITLE 42 USC 3789G PERTAINING TO CRIMINAL HISTORY INFORMATION

*************************** IDENTIFICATION ***************************

Subject Name (s)

YANG, LINGOI
YANG, LINGQI (AKA)

Subject Description

FBI Number State Id Number
NA 48353081 (IL)

Driver's License Number
918586815 (NY)

Sex Race
Male Asian

Height Weight Date of Birth
5'08" (2024-06-30) 172 (2024-06-30) 1990-06-12

Hair Color Eye Color
Black (2024-06-30) Brown (2024-06-30)

Place of Birth
ALL OTHERS

Photo Images
Photo Image Available WASHINGTON POLICE DEPARTMENT IL0901000
Capture Date 2024-06-30
(No Photo Image Transmitted )

Caution Information
Firearms Disqualified Status UNKNOWN-

************************* CRIMINAL HISTORY *************************

================================ Cycle 001 ================================

Tracking Number L81903268
Earliest Event Date 2024-06-30

---

Arrest Date 2024-06-30
Arrest Case Number 2400833
Arresting Agency IL0901000 WASHINGTON POLICE DEPARTMENT
WASHINGTON
Subject's Name LINGQI YANG
Charge 1
Charge Tracking Number L81903268
Charge Literal BURGLARY
Charge Description ON-VIEW ARREST
Statute (720 ILCS 5.0/19-1-A IL)
NCIC Offense Code 2299
NCIC Offense Text BURGLARY
Severity FELONY 2

---

Prosecutor Disposition (Cycle 001)
Prosecutor Agency IL090013A TAZEWELL COUNTY STATE'S ATTORNEY PEKIN
Subject's Name LINGOI YANG
Charge 1
Charge Tracking Number L81903268
Charge Literal BURGLARY
Statute (720 ILCS 5.0/19-1-A IL)
NCIC Offense Code 2299
NCIC Offense Text BURGLARY
Severity FELONY 2
Disposition (2024-07-18; NOT FILED)
Charge 2
Charge Tracking Number L81903268
Charge Literal ATTEMPT
Charge Description Court Case Number : 24CM426
Statute (720 ILCS 5.0/8-4-A IL)
NCIC Offense Code 5005
NCIC Offense Text CONTEMPT OF COURT (SEE MIS)
Severity Unknown Z
Disposition (2024-07-18; FILED)
************************* INDEX OF AGENCIES *************************

Agency TAZEWELL COUNTY STATE'S ATTORNEY; IL090013A ;
Agency Telephone 309-477-2205
Agency Facsimile 309-477-2241
Address 342 COURTROOM 110 TAZEWELL CO COURTHOUSE
PEKIN, IL 61554

---

Agency WASHINGTON POLICE DEPARTMENT; IL0901000 ;
Agency Telephone 309-444-2313
Agency Facsimile 309-444-7511
Address 115 WEST JEFFERSON STREET
WASHINGTON, IL 61571

* * * END OF RECORD * * *