DEPARTMENT OF HOMELAND SECURITY

# NOTICE OF CUSTODY DETERMINATION

Alien's Name: YANG, LINGQI

A-File Number: 209 469 134

Date: 08/18/2026

Event ID: CIP2608000222

Subject ID: 403376609

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

[X] Detained by the Department of Homeland Security.

[ ] Released (check all that apply):

- [ ] Under bond in the amount of $ ______
- [ ] On your own recognizance.
- [ ] Under other conditions. [Additional document(s) will be provided.]

HEEREY, P6735 PATRICK J HEEREY Digitally signed by PATRICK J HEEREY Date: 2026.08.18 11:46:17 -04'00'

Name and Signature of Authorized Officer

08/18/2026 11:24 AM

Date and Time of Custody Determination

(A) SDDO

Title

U.S. Immigration & Customs Enforcement
DRO - Central Islip, NY Sub Office
~~Islip, NY US~~

Office Location/Address

You may request a review of this custody determination by an immigration judge.

[X] I acknowledge receipt of this notification, and

- [X] I **do** request an immigration judge review of this custody determination.
- [ ] I **do not** request an immigration judge review of this custody determination.

Refused to Sign

Signature of Alien

08/18/2026

Date

The contents of this notice were read to YANG, LINGQI (Name of Alien) in the MANDARIN (Name of Language) language.

GALLARDO, N 13023

Name and Signature of Officer

ID 9019

Name or Number of Interpreter (if applicable)

Deportation Officer

Title

Event No: CIP2608000222
Subject ID:403376609

DEPARTMENT OF HOMELAND SECURITY FINS #:

# NOTICE OF RIGHTS AND REQUEST FOR DISPOSITION

Name: LINGQI YANG File No: 209 469 134

## NOTICE OF RIGHTS AND ADVISALS

You have been arrested because immigration officers believe that you are illegally in the United States. You have the right to a hearing before the Immigration Court to determine whether you may remain in the United States. If you request a hearing before a judge in Immigration Court, you may be detained, or you may be eligible to be released from detention, either with or without payment of bond.

You have the right to contact an attorney or other legal representative to represent you at your hearings, or to answer any questions regarding your legal rights in the United States. The officer who gave you this notice will provide you with a list of legal organizations that may represent you for free or for a small fee. You have the right to communicate with the consular or diplomatic officers from your country. You may use a telephone to call a lawyer, other legal representative, or consular officer at any time prior to your departure from the United States.

In the alternative, you may request to return to your country as soon as possible, without a hearing. If you choose to return to your country, you may lose the opportunity to apply for certain immigration benefits or forms of relief from removal that are only available to people present within the United States. If you choose to return to your country, you may change your mind and instead request a hearing before a judge in Immigration Court at any time before your departure from the United States. You should let an immigration officer know immediately if you change your mind.

If you have been in the United States without legal status for one year or more and choose to return to your country, you will be unable to legally return to the United States for ten years, unless you obtain a waiver. If you have been in the United States without legal status for more than 180 days but for less than one year and choose to return to your country, you will be unable to legally return to the United States for three years, unless you obtain a waiver. You may apply for a waiver only if you have a spouse or parent who is a U.S. citizen or lawful permanent resident.

## REQUEST FOR DISPOSITION

______ Initials — I request a hearing before the Immigration Court to determine whether I may remain in the United States.

______ Initials — I believe I face harm if I return to my country. My case will be referred to the Immigration Court for a hearing.

______ Initials — I admit that I am illegally in the United States, and I do not believe that I face harm if I return to my country. I give up my right to a hearing before the Immigration Court. I wish to return to my country as soon as arrangements can be made to effect my departure. I understand that I may be held in detention until my departure.

Refused to sign — Signature of Subject

8/18/26 — Date

## CERTIFICATION OF SERVICE

☐ Notice read by subject.

☒ Notice read to subject by Interpreter ID 9019, in the MANDARIN language.

GALLARDO, N 13023 Deportation Officer — Name of Officer (Print)

Name of Interpreter (Print)

[signature] 13023 — Signature of Officer

August 18, 2026 11:25 AM — Date and Time of Service