Adam S. Kopchian, Esq. I'm
**Kopchian Law**
299 Broadway Suite 203
New York, NY 10007
O: (212) 625.1001
D: (917) 806.7829
kopchianlaw@gmail.com

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINGQI YANG**<br>Petitioner,<br><br>-Against-<br><br>**KENNETH GENALO,** Director of New York Immigration and Customs Enforcement [hereinafter 'ICE'];<br><br>**MARKWAYNE MULLIN,** Secretary of Homeland Security;<br><br>**TODD BLANCHE,** Attorney General of the United States<br>Defendants | Case No.: 2:26-cv-05054-SJB<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Petitioner, Lingqi Yang, through Counsel hereby gives notice to dismiss Plaintiff's action against the Defendants without prejudice and in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

On August 19th, 2026, Petitioner filed an action for habeas corpus asking the Eastern District Court of New York to issue a Writ directing the Respondents to release Petitioner from custody or afford him an opportunity to seek a bond before the Immigration Court. Petitioner, through Counsel, served Respondents with the summons, complaint and supporting documents on August 20th, 2026. After initiating the action, Respondents scheduled Petitioner for a bond and custody redetermination hearing on August 26th, 2026 at 2:00pm before the Honorable Immigration Judge Dara Reid. A day before, this Honorable Court directed the parties to issue

the status update regarding Mr. Yang's bond request no later than 5:00pm on August 26th, 2026. Bond proceedings were held, and after hearing arguments from both Respondents and Petitioner, the Immigration Judge granted Petitioner a bond in the amount of $15,000, **Exhibit H**, and provided him until September 15th, 2026. **Exhibit I**. Since the Petitioner has been given a bond proceeding in his matter and was subsequently granted a bond, his habeas petition has been resolved and the action is now moot. As such, Mr. Yang, through Counsel herein, gives notice of this voluntary dismissal. Voluntary dismissal under this subsection is without prejudice unless stated otherwise. Fed. R. Civ. P. 41(a)(1)(B).

Dated: August 26th, 2026
New York, NY

Respectfully submitted:

By: /s/Adam S. Kopchian, Esq.

Adam S. Kopchian, Esq.
**Kopchian Law**
299 Broadway Suite 203
New York, NY 10007
O:(212) 625.1001
D:(917) 806.7829
kopchianlaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 26th day of August 2026, I caused a copy of Plaintiff's Notice of Voluntary Dismissal Without Prejudice to be sent to all parties receiving CM/ECF notices in this case.


By: /s/ Adam S. Kopchian, Esq.
Adam S. Kopchian, Esq.
**Kopchian Law**
299 Broadway Suite 203
New York, NY 10007
O:(212) 625.1001
D:(917) 806.7829
kopchianlaw@gmail.com