# EXHIBIT H

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**NEW YORK - VARICK IMMIGRATION COURT**

Respondent Name:
LINGQI, YANG

To:
Kopchian, Adam Stanley
299 Broadway
Suite 203
New York, NY 10007

A-Number:
209-469-134

Riders:
In Custody Redetermination Proceedings

Date:
08/26/2026

## ORDER OF THE IMMIGRATION JUDGE

The respondent requested a custody redetermination pursuant to 8 C.F.R. § 1236. After full consideration of the evidence presented, the respondent's request for a change in custody status is hereby ordered:

☐ Denied, because

☑ Granted. It is ordered that Respondent be:
- ☐ released from custody on his own recognizance.
- ☑ released from custody under bond of $ 15,000.00
- ☐ other:

☐ Other:

Immigration Judge: REID, DARA FAITH 08/26/2026

| | | | | | |
|---|---|---|---|---|---|
| Appeal: | Department of Homeland Security: | ☐ | waived | ☑ | reserved |
| | Respondent: | ☑ | waived | ☐ | reserved |

Appeal Due: 09/25/2026

**Certificate of Service**

This document was served:

Via: [ M ] Mail | [ P ] Personal Service | [ E ] Electronic Service | [ U ] Address Unavailable

To: [ ] Alien | [ ] Alien c/o custodial officer | [ E ] Alien atty/rep. | [ E ] DHS

Respondent Name : LINGQI, YANG | A-Number : 209-469-134

Riders:

Date: 08/26/2026 By: REID, DARA FAITH, Immigration Judge