UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LINGQI YANG**<br>Petitioner,<br><br>-Against-<br><br>**KENNETH GENALO,** Director of New York Immigration and Customs Enforcement [hereinafter 'ICE'];<br><br>**MARKWAYNE MULLIN,** Secretary of Homeland Security;<br><br>**TODD BLANCHE,** Attorney General of the United States<br>Defendants | Case No.: 2:26-cv-05054-SJB<br><br>**STATUS UPDATE** |

Petitioner, through Counsel, hereby provides a status update regarding Mr. Yang's bond proceedings. Mr. Yang's bond proceedings were conducted earlier today before the Court and Mr. Yang was granted a bond in his matter. Since a bond hearing was conducted and a bond was issued, Mr. Yang, through Counsel filed a Notice of Voluntary Dismissal as this action is now considered moot. Counsel informed Respondents' Counsel but appears to be presently out of office.

Dated: August 26th, 2026
New York, NY

Respectfully submitted:

By: /s/Adam S. Kopchian, Esq.

Adam S. Kopchian, Esq.
**Kopchian Law**
299 Broadway Suite 203
New York, NY 10007
O:(212) 625.1001
D:(917) 806.7829
kopchianlaw@gmail.com

## CERTIFICATE OF SERVICE

I certify that on this 26th day of August 2026, I caused a copy of Plaintiff's Status Update to be sent to all parties receiving CM/ECF notices in this case.

By: /s/ Adam S. Kopchian, Esq.

Adam S. Kopchian, Esq.
**Kopchian Law**
299 Broadway Suite 203
New York, NY 10007
O:(212) 625.1001
D:(917) 806.7829
kopchianlaw@gmail.com